```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 14936
   CHRIS HACKETT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER


         Debtor
   SSN XXX-XX-9286

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 11/14/2006 and was confirmed 01/03/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 10/01/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
ROUNDUP FUNDING LLC        SECURED VEHIC     5475.29              .00         1347.12
CITIFINANCIAL AUTO CREDI   UNSECURED        NOT FILED             .00             .00
COOK COUNTY TREASURER      SECURED           3507.17              .00             .00
COOK COUNTY STATES ATTOR   NOTICE ONLY      NOT FILED             .00             .00
SPECIALIZED LOAN SERVICI   CURRENT MORTG     5384.86              .00         5384.86
SPECIALIZED LOAN SERVICI   MORTGAGE ARRE      730.00              .00             .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG    23500.97              .00        23500.97
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE    14235.00              .00             .00
PIERCE & ASSOC             NOTICE ONLY      NOT FILED             .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          559.09              .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          600.86              .00             .00
TIMOTHY K LIOU             DEBTOR ATTY       1,059.20                             .00
TOM VAUGHN                 TRUSTEE                                            2,138.05
DEBTOR REFUND              REFUND                                                 .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              32,371.00

PRIORITY                                        .00
SECURED                                    30,232.95
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                        2,138.05
DEBTOR REFUND                                   .00
                     --------------        --------------
TOTALS               32,371.00             32,371.00
```

           PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 14936 CHRIS HACKETT

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 14936 CHRIS HACKETT